## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that I caused two copies of the foregoing Joint Declaration of Jennifer W. Sprengel and Bernard Persky in Support of Supplemental Application for Attorneys' Fees and Reimbursement of Expenses to be served upon each following counsel in the method indicated on August 8, 2005:

### BY HAND DELIVERY

Mattew E. Fischer, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza
Wilmington, DE 19801

Gregory P. Williams, Esquire
**Richards Layton & Finger**
One Rodney Square, Suite 10
Wilmington, DE 19899

### BY FIRST CLASS MAIL

Adam L. Hoeflich, Esquire
**Bartlit Beck Herman Palenchar & Scott**
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610

George D. Ruttinger, Esquire
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Bernard Persky, Esquire
Barbara J. Hart, Esquire
**Goodkind Labaton Rudoff & Sucharow LLP**
100 Park Avenue
12th Floor
New York, NY 10017

Marvin Miller, Esquire
Jennifer W. Sprengel, Esquire
**Miller Faucher and Cafferty, LLP**
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Susan Salvetti, Esquire
Joseph Tusa, Esquire
**Zwerling Schacter & Zwerling, LLP**
767 Third Avenue
New York, NY 10017

Richard W. Cohen, Esquire
**Lowey Dannenberg Bemporad**
**& Selinger, P.C.**
The Gateway – 11th Floor
One North Lexington Avenue
White Plains, New York 10601

**Patricia D. Howard**
Clerk of The MDL Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE
Washington, DC 20002-8007

A. Zachary Naylor (#4439)