IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re WARFARIN SODIUM )
ANTITRUST LITIGATION )
) MDL 98-1232 (SLR)
This document relates to: All Actions. )
)

## CLASS COUNSEL'S
## SUPPLEMENTAL APPLICATION FOR FEES AND EXPENSES

Class Counsel move this court for an order: (i) granting their supplemental application for attorneys' fees and expenses for work performed subsequent to December 31, 2001, and; (ii) granting the supplemental application of Complete Claim Solutions, Inc. for fees and expenses reasonably incurred subsequent to May 31, 2002 that are in excess of the amounts previously awarded by the Court. The grounds for the motion are set forth in the accompanying joint declaration and affidavits, their exhibits, and the brief in support of the motion, submitted herewith.

Dated: August 8, 2005                    **CHIMICLES & TIKELLIS LLP**

By: _____
Pamela Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
(302) 656-2500

*Liaison Counsel for Plaintiffs*

**GOODKIND LABATON RUDOFF**
 **& SUCHAROW LLP**
Bernard Persky
100 Park Avenue
New York, New York 10017-5563

- and-

**MILLER FAUCHER**
 **and CAFFERTY LLP**
Marvin A. Miller
Jennifer W. Sprengel
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602

*Co-Chair of Executive Committee*
*of Counsel for Plaintiffs*

**ZWERLING, SCHACHTER**
 **& ZWERLING, LLP**
Susan Salvetti
767 Third Avenue
New York, New York 10017

*Consumer Counsel Member of Executive*
*Committee of Counsel for Plaintiffs*

**LOWEY DANNENBERG BEMPORAD**
 **& SELINGER, P.C.**
Richard W. Cohen
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, New York 10601

*Third Party Payor Counsel Member of*
*Executive Committee of*
*Counsel for Plaintiffs*