IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re WARFARIN SODIUM          )
ANTITRUST LITIGATION           )
                               )   MDL 98-1232 (SLR)
This document relates to: All Actions.   )
                               )

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective September 30, 2005, the name of Goodkind Labaton Rudoff & Sucharow LLP, Co-Chair of Executive Committee of Counsel for Plaintiffs, will change to:

Labaton Sucharow & Rudoff LLP

The firm's Address, telephone and facsimile numbers remain the same.

Dated: October 3, 2005

**CHIMICLES & TIKELLIS LLP**

Pamela Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
(302) 656-2500

*Liaison Counsel for Plaintiffs*

**LABATON SUCHAROW &
RUDOFF LLP**
Bernard Persky
100 Park Avenue
New York, New York 10017-5563
(212) 907-0700

- and-

**MILLER FAUCHER and
CAFFERTY LLP**
Marvin A. Miller
Jennifer W. Sprengel
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602
(312) 782-4880

*Co-Chair of Executive Committee
of Counsel for Plaintiffs*

**ZWERLING, SCHACHTER
& ZWERLING, LLP**
Susan Salvetti
767 Third Avenue
New York, New York 10017
(212) 223-3900

*Consumer Counsel Member of
Executive Committee of Counsel for
Plaintiffs*

**LOWEY DANNENBERG
BEMPORAD
& SELINGER, P.C.**
Richard W. Cohen
The Gateway - 11th Floor
One North Lexington Avenue
White Plains, New York 10601
(914) 997-0500

*Third Party Payor Counsel Member
of Executive Committee of Counsel
for Plaintiffs*