# CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that I caused two copies of the foregoing Notice of Firm Name Change to be served upon each following counsel in the method indicated on October 3, 2005:

## BY FACSIMILE

Mattew E. Fischer, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza
Wilmington, DE 19801

Adam L. Hoeflich, Esquire
**Bartlit Beck Herman Palenchar & Scott**
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610

Bernard Persky, Esquire
Barbara J. Hart, Esquire
**Labaton Sucharow & Rudoff LLP**
100 Park Avenue
12th Floor
New York, NY 10017

Susan Salvetti, Esquire
Joseph Tusa, Esquire
**Zwerling Schacter & Zwerling, LLP**
767 Third Avenue
New York, NY 10017

**Michael J. Beck**
Clerk of The MDL Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE
Washington, DC 20002-8007

Gregory P. Williams, Esquire
**Richards Layton & Finger**
One Rodney Square, Suite 10
Wilmington, DE 19899

George D. Ruttinger, Esquire
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Marvin Miller, Esquire
Jennifer W. Sprengel, Esquire
**Miller Faucher and Cafferty, LLP**
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

Richard W. Cohen, Esquire
**Lowey Dannenberg Bemporad
& Selinger, P.C.**
The Gateway – 11th Floor
One North Lexington Avenue
White Plans, New York 10601

A. Zachary Naylor (#4439)