IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re WARFARIN SODIUM ANTITRUST LITIGATION | )<br>)<br>)  MDL 98-1232 (SLR)<br>) |
| This document relates to: All Actions. | )<br>) |

### PROPOSED ORDER

AND NOW, this ___18th___ day of ___November___, 2005, upon consideration of Class Counsel's Supplemental Application for Attorneys' Fees and Reimbursement of Expenses (the "Application"), it is hereby ORDERED that the Application is GRANTED.

BY THE COURT:

_____
Hon. Sue L. Robinson, U.S.D.J.