## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that I caused two copies of the foregoing Class Counsel's Unopposed Motion for Disbursement of Funds, Declaration of Jennifer W. Sprengel, Affidavit of Thomas R. Glenn, Proposed Order, and Notice of Filing with Clerk's Office to be served upon each following counsel in the method indicated on December 13, 2005:

### BY HAND DELIVERY

Mattew E. Fischer, Esquire
**Potter Anderson & Corroon LLP**
Hercules Plaza
Wilmington, DE 19801

Gregory P. Williams, Esquire
**Richards Layton & Finger**
One Rodney Square, Suite 10
Wilmington, DE 19899

### BY U.S. MAIL

Adam L. Hoeflich, Esquire
**Bartlit Beck Herman Palenchar & Scott**
Courthouse Place
54 West Hubbard Street
Chicago, IL 60610

George D. Ruttinger, Esquire
**Crowell & Moring LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Susan Salvetti, Esquire
Joseph Tusa, Esquire
**Zwerling Schacter & Zwerling, LLP**
767 Third Avenue
New York, NY 10017

Richard W. Cohen, Esquire
**Lowey Dannenberg Bemporad & Selinger, P.C.**
The Gateway – 11th Floor
One North Lexington Avenue
White Plans, New York 10601

**Michael J. Beck**
Clerk of The MDL Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE
Washington, DC 20002-8007

_____
Robert R. Davis (#4536)