Exhibit A-1



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

May 31, 2005

**RESPONSE DUE DATE: June 24, 2005**



**REQUEST FOR INFORMATION  - Claim No.** ▮▮▮▮▮
**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. However, we noted one or more deficiencies in the claim you submitted.    Your Proof of Claim is incorrect or incomplete for the following reason(s) below, as indicated by an "X":

_____    You failed to provide your Federal Tax Identification Number(s).

_____    You indicated that you are a duly authorized agent filing on behalf of a Class member, but failed to provide the names and/or tax identification numbers (FEINs) of Class Members on whose behalf you are filing.

_X_    You failed to provide the amount you paid for purchases of Coumadin during the Class Period (March 1, 1997 through August 1, 2001) which are necessary to calculate your claim.

In order to insure you receive the correct distribution from the Settlement Fund, you must a) properly complete the applicable section(s) of the form (as indicated above) printed on the back of this letter; b) sign the form; and c) return it to the address listed above by the Response Due Date.

FAILURE TO DO SO MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.  If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

C5,FEIN,AMT,*O* - ▮▮▮▮▮▮

(AMT) – Please provide the following information. Then this form must be signed below by a Duly Authorized Employee or Agent.

**Amounts paid or reimbursed for prescriptions of Coumadin filled during the period**
*March 1, 1997 - August 1, 2001, throughout the United States:*          $_____*

\* "Amounts paid or reimbursed for prescriptions of Coumadin" is the amount paid <u>minus</u> any discounts, rebates, samples and reimbursements received from or on behalf of DuPont Pharmaceuticals Company.

*Claimant certifies that the figures are true and accurate and are based upon actual records maintained by or otherwise available to the Claimant.*

---

(C5) – Please provide the following information. Then this form must be signed below by a Duly Authorized Employee or Agent.

Please list the Federal Employer Identification Number and/or name of every Class Member for whom you have been duly authorized to submit this Proof of Claim (attach additional sheets to this Proof of Claim as necessary). (In the alternative, you may submit the requested list of Class Member names and/or FEINs in an acceptable electronic format. Please contact the Settlement Administrator to determine what formats are acceptable.):

_____

_____

_____

---

(FEIN) – Please print your Federal Employer Identification Number (FEIN): _____

---

_____          _____

Signature of Duly Authorized Employee or Agent          Date


_____

Name of Duly Authorized Employee or Agent (print)

Exhibit A-2



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

May 31, 2005

**RESPONSE DUE DATE: June 17, 2005**



**NOTICE OF INELIGIBLITY - Claim No.** 

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation.

However, we have determined that your claim is not eligible to receive a distribution from the Third Party Payor Settlement Fund because you are not a Third Party Payor as defined in the Notice of Proposed Class Action Settlement and Hearing Thereon.

It appears that you were prescribed Coumadin by your doctor, therefore it has been determined that you are a Consumer and your claim will be processed as a Consumer Claim pursuant to the "Allocation and Distribution Plan" approved by the court.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.

If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

CONS,*O* -

Exhibit A-3



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

May 31, 2005

**RESPONSE DUE DATE:  June 17, 2005**



**NOTICE OF INELIGIBLITY - Claim No. ▆▆▆▆**
**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. However, we have preliminarily determined that your claim may not be eligible to receive a distribution from the Settlement Fund as you do not appear to be a member of the Class for the following reason:

_____    You submitted this claim as (or on behalf of) a Government entity.

_X_     You submitted this claim as (or on behalf of) a Hospice entity.

_____    You submitted this claim as (or on behalf of) a Nursing Home entity.

An eligible Class Member is a Third Party Payor as defined as "any non-governmental entity that is (i) a party to a contract, issuer of a policy, or sponsor of a plan, which contract, policy or plan provides prescription drug coverage to natural persons, and is also (ii) at risk, pursuant to such contract, policy or plan, to provide prescription drug benefits, or to pay or reimburse all or part of the cost of prescription drugs dispensed to natural persons covered by such contract, policy or plan."

THEREFORE, IF YOU DISAGREE WITH OUR DETERMINATION THAT YOUR CLAIM MAY BE INELIGIBLE (e.g., you were "at risk" or were acting in the capacity of a Self-Funded Employer Plan), you must advise us in writing by the Response Due Date listed above.

FAILURE TO RESPOND WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM.  If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

GOVT,HOSP,NURS,*O* - ▆▆▆▆

Exhibit A-4



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

August 31, 2005

**RESPONSE DUE DATE: September 14, 2005**



**NOTICE OF INELIGIBLITY - Claim No. ▮▮▮▮▮▮
CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed more than one Proof of Claim that you filed or was filed on your behalf in the Warfarin Sodium Antitrust Litigation. The Claim Number listed above is considered duplicative of a Proof of Claim previously filed by either the Recordkeeper or the Class Member. The original Proof of Claim form has been processed in accordance with the Stipulation of Settlement and Compromise approved by the Court.

One possible explanation is that a Proof of Claim was faxed to our office followed by an original mailed at a later date, but they were both processed separately. However, only one Proof of Claim is necessary. Only the first filed Proof of Claim has been processed in accordance with the Notice of Proposed Class Action Settlement and Hearing Thereon approved by the court.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE. Your letter must also include documentation supporting your position.

If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

DUP,*O* - ▮▮▮▮▮

Exhibit A-5



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

May 31, 2005

**RESPONSE DUE DATE:  June 24, 2005**



**NOTICE OF PARTIAL INELIGIBILITY *** Claim No.**
**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the Warfarin Sodium Antitrust Litigation. However, we noted one or more deficiencies in the claim you submitted.  To insure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

(C5D) - You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed below or on the next page.  However, we noted one or more claims have already been filed on behalf of the Class Member(s).  Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

WE ARE REQUESTING, AT THIS TIME, THAT YOU FILE AN AMENDED PROOF OF CLAIM WHICH REDUCES YOUR CLAIM TO EXCLUDE THE CLAIMED AMOUNTS FOR THE CLASS MEMBER(S) LISTED BELOW.  A copy of the Proof of Claim you submitted is enclosed.  Please complete the enclosed corrected Amended Proof of Claim Form in its entirety, making certain that all sections are completed properly and that it is signed by a duly Authorized Employee or Agent of the Class Member.  Then return it with this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.  Your letter must also include documentation supporting your position.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE LISTED ABOVE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.  If you have any questions, please call 1-800-930-0057.

Sincerely Yours,

Settlement Administrator

C5D,*O* -

Exhibit A-6



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

May 31, 2005

**RESPONSE DUE DATE: June 24, 2005**



**NOTICE OF PARTIAL INELIGIBILITY *** Claim No.** ▓▓▓▓
**VIA CERTIFIED MAIL**

Dear Claimant:

We have received and processed the Proof of Claim you filed in the Cardizem CD Antitrust Litigation. However, we noted one or more deficiencies in the claim you submitted. To insure you receive the correct distribution, please provide the following indicated information by the Response Due Date listed above.

(C5D2) - You indicated that you are a duly Authorized Agent filing on behalf of the Class Member(s) listed below or on the next page. However, we noted one or more claims have already been filed by the Class Member(s). Therefore, the claims filed on behalf of the Class Member(s) are considered duplicative.

WE ARE REQUESTING, AT THIS TIME, THAT YOU FILE AN AMENDED PROOF OF CLAIM WHICH REDUCES YOUR CLAIM TO EXCLUDE THE CLAIMED AMOUNTS FOR THE CLASS MEMBER(S) LISTED BELOW. A copy of the Proof of Claim you submitted is enclosed. Please complete the enclosed corrected Amended Proof of Claim Form in its entirety, making certain that all sections are completed properly and that it is signed by a duly Authorized Employee or Agent of the Class Member. Then return it with this letter by the Response Due Date to the address listed above.

IF YOU DISAGREE WITH THIS DETERMINATION, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE. Your letter must also include documentation supporting your position.

FAILURE TO RESPOND BY THE RESPONSE DUE DATE LISTED ABOVE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM. If you have any questions, please call 1-800-930-0057.

Sincerely yours,

Settlement Administrator

C5D2,*O* - ▓▓▓▓

Exhibit A-7



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

May 31, 2005

### RESPONSE DUE DATE: June 24, 2005



**REQUEST FOR ADDITIONAL INFORMATION \*\*\* Claim No. ▮▮▮▮**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Dear Claimant:

We refer to the Proof of Claim you filed in the Warfarin Sodium Antitrust Litigation. Your claim has been selected for further review to ensure that the amount claimed in Section D is correct, and that there are no duplicative or overlapping amounts within claims.

To avoid disallowance your claim(s), please do the following ON OR BEFORE THE RESPONSE DUE DATE LISTED ABOVE:

Provide documentation to support the "Amounts paid or reimbursed for prescriptions of Coumadin filled during the period March 1, 1997 - August 1, 2001, throughout the United States."

Such documentation may include internal computer generated reports or hard copy records (by person, entity, or script) which clearly shows (a) the names/codes for Coumadin, (b) amounts paid per script, (c) the dates on which these amounts were paid, (d) script numbers, (e) insured members/entity names (or unique identifier codes) so that we may further sample on an individual basis, if required, and (f) if possible, number of tablets per script. Reports should be summed by total amount paid, number of insured members, number of scripts and tablets.

Since we, as the Settlement Administrator, are placing reliance on the data that you are providing, we will require a certification that (a) the records provided to us were kept in the normal course of your business, and not altered in any way, (b) you were not reimbursed for any amounts claimed, and (c) you were acting on behalf of your insured members and were therefore "at risk" as defined in the "Notice of Proposed Class Action Settlement and Hearing Thereon" previously sent to you; or, in the case of a Third Party Administrator claim, you were acting in a record keeping capacity for the entities for whom you filed this claim.

You will be allowed to revise your claimed amount if it is determined that an incorrect amount was initially filed. FAILURE TO RESPOND TO THIS LETTER MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM. If you have questions, please call 1-800-930-0057.

Sincerely Yours,

SettlementAdministrator

AUD.*O* - ▮▮▮▮

Exhibit A-8



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

August 31, 2005

**RESPONSE DUE DATE:  September 14, 2005**



**FINAL REQUEST FOR INFORMATION  - Claim No.** ▮▮▮▮▮
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. However, we noted one or more deficiencies in the claim you submitted.    Your Proof of Claim is incorrect or incomplete for the following reason(s) below, as indicated by an "X":

_X_        You failed to provide your Federal Tax Identification Number(s).

___        You indicated that you are a duly authorized agent filing on behalf of a Class member, but failed to provide the names and/or tax identification numbers (FEINs) of Class Members on whose behalf you are filing.

In order to insure you receive the correct distribution from the Settlement Fund, you must a) properly complete the applicable section(s) of the form (as indicated above) printed on the back of this letter; b) sign the form; and c) return it to the address listed above by the Response Due Date.

FAILURE TO DO SO MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.  If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

C5,FEIN,*O* - ▮▮▮▮▮▮

**(C5)** – Please provide the following information.  Then this form must be signed below by a Duly Authorized Employee or Agent.

Please list the Federal Employer Identification Number and/or name of every Class Member for whom you have been duly authorized to submit this Proof of Claim (attach additional sheets to this Proof of Claim as necessary).  (In the alternative, you may submit the requested list of Class Member names and/or FEINs in an acceptable electronic format.  Please contact the Settlement Administrator to determine what formats are acceptable.):

_____

_____

_____

**(FEIN)** – Please print your Federal Employer Identification Number (FEIN): _____

_____     _____
Signature of Duly Authorized Employee or Agent                                        Date

_____
Name of Duly Authorized Employee or Agent (print)

Exhibit A-9



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

August 31, 2005

**RESPONSE DUE DATE:  September 14, 2005**



**FINAL REQUEST FOR ADDITIONAL INFORMATION \*\*\* Claim No. ▮▮▮▮▮**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Dear Claimant:

We refer to the Proof of Claim you filed in the Warfarin Sodium Antitrust Litigation. Your claim has been selected for further review to ensure that the amount claimed in Section D is correct, and that there are no duplicative or overlapping amounts within claims.

To avoid disallowance your claim(s), please do the following ON OR BEFORE THE RESPONSE DUE DATE LISTED ABOVE:

Provide documentation to support the "Amounts paid or reimbursed for prescriptions of Coumadin filled during the period March 1, 1997 - August 1, 2001, throughout the United States."

Such documentation may include internal computer generated reports or hard copy records (by person, entity, or script) which clearly shows (a) the names/codes for Coumadin, (b) amounts paid per script, (c) the dates on which these amounts were paid, (d) script numbers, (e) insured members/entity names (or unique identifier codes) so that we may further sample on an individual basis, if required, and (f) if possible, number of tablets per script.  Reports should be summed by total amount paid, number of insured members, number of scripts and tablets.

Since we, as the Settlement Administrator, are placing reliance on the data that you are providing, we will require a certification that (a) the records provided to us were kept in the normal course of your business, and not altered in any way, (b) you were not reimbursed for any amounts claimed, and (c) you were acting on behalf of your insured members and were therefore "at risk" as defined in the "Notice of Proposed Class Action Settlement and Hearing Thereon" previously sent to you; or, in the case of a Third Party Administrator claim, you were acting in a record keeping capacity for the entities for whom you filed this claim.

You will be allowed to revise your claimed amount if it is determined that an incorrect amount was initially filed.  WE URGE YOU TO PLEASE RETURN THE APPROPRIATE DOCUMENTS. WE HAVE PREVIOUSLY MAILED A LETTER REGARDING THE CLAIM IN QUESTION, BUT HAVE YET TO RECEIVE ANY RESPONSE TO OUR REQUEST.  THE RESPONSE DUE DATES FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF RESPONSE MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

Sincerely yours,

Settlement Administrator

Exhibit A-10



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

September 30, 2005

## RESPONSE DUE DATE: October 7, 2005



**FINAL DISPOSITION - Claim No. ▉▉▉▉▉▉**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. However, we noted the following deficiency in the claim you submitted.

(AMT) - Please provide the following information. Then this form must be signed below by a Duly Authorized Employee or Agent.

Amounts paid or reimbursed for prescriptions of Coumadin filled during the period
March 1, 1997 - August 1, 2001, throughout the United States: $_____*

* "Amounts paid or reimbursed for prescriptions of Coumadin" is the amount paid minus any discounts, rebates, samples and reimbursements received from or on behalf of DuPont Pharmaceuticals Company.

Claimant certifies that the figures are true and accurate and are based upon actual records maintained by or otherwise available to the Claimant.

In order to insure you receive the correct distribution from the Settlement Fund, you must a) properly complete this form (as indicated above); b) sign the form; and c) return it to the address listed above by the Response Due Date.

WE HAVE PREVIOUSLY MAILED A DEFICIENCY LETTER REGARDING THE CLAIM IN QUESTION, BUT HAVE YET TO RECEIVE ANY RESPONSE TO OUR REQUEST. THE RESPONSE DUE DATES FROM THE ORIGINAL LETTER HAS ALREADY PASSED, AND A FURTHER LACK OF RESPONSE WILL RESULT IN THE DISALLOWANCE OF YOUR CLAIM. If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

AMT,*O* - ▉▉▉▉▉

Exhibit A-11



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

June 27, 2005

**RESPONSE DUE DATE: July 27, 2005**



**NOTICE OF INELIGIBILITY - Claim No.** ▮▮▮

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. However, your Claim is ineligible in accordance with the terms and conditions of the Stipulation of Settlement and Compromise (the "Stipulation") approved by the Court for the following reason:

(AMT) - You either entered $0.00 as the amount you paid for purchases of Coumadin during the Class Period (March 1, 1997 through August 1, 2001) or you failed to enter the amount.

If you disagree with this determination of ineligibility, you must send us a signed letter referencing the Claim Number above and the total amount you paid for purchases of Coumadin during the Class Period (March 1, 1997 through August 1, 2001). Your letter must be mailed to the address listed above by the Response Due Date.

If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

AMT,*O* - ▮▮▮▮▮

Exhibit A-12



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

July 26, 2005

**RESPONSE DUE DATE: July 29, 2005**



**REQUEST FOR INFORMATION - Claim No. ▬**

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. However, we noted one or more deficiencies in the claim you submitted. Your Proof of Claim is incorrect or incomplete for the following reason:

(SIGN) - Your Claim Form was missing the signature of the Class Member.

In order to insure you receive the correct distribution from the Settlement Fund, please sign and date this letter where indicated below and return it to the address listed above by the Response Due Date. FAILURE TO DO SO MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

_____          _____
Claimant Signature                                            Dated

SIGN,*O* - ▬

Exhibit A-13



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL  33416
1-800-930-0057

June 27, 2005

**RESPONSE DUE DATE:  July 27, 2005**



**REQUEST FOR ADDITIONAL INFORMATION - Claim No. ▇▇▇**

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. You claimed purchases of Coumadin totaling $22.89 during the Class Period, March 1, 1997 through August 1, 2001.  However, we noted that this amount appears to be low.

If you provided the amount for only one purchase or co-payment of Coumadin, please fill in the correct amount you paid for your total purchases during the Class Period (March 1, 1997 through August 1, 2001) in the space below, sign and date where indicated, and return this letter by the Response Due Date to the address listed above.  FAILURE TO DO SO MAY RESULT IN THE PAYMENT OF AN AMOUNT LOWER THAN YOU OTHERWISE MAY BE ENTITLED TO.  If you have any questions, please call us at 1-800-930-0057.

If you did indeed spend the amount claimed above, please disregard this letter.

Sincerely yours,

Settlement Administrator

_____          _____
Claimant Signature                                                        Dated

                                                                              _____
                                                                              Corrected Claim Amount

LOW,*O* - ▇▇▇

Exhibit A-14



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, Fl 33416
1-800-930-0057

June 27, 2005

**RESPONSE DUE DATE: July 27, 2005**



**REQUEST FOR ADDITIONAL INFORMATION - Claim No.** ▆▆▆

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. You claimed purchases of Coumadin totaling $10,000.00 during the Class Period, March 1, 1997 through August 1, 2001. However, we noted that this amount appears unreasonably high.

As stated on the Consumer Claim Form, you may claim your purchases of Coumadin made during the period March 1, 1997 through August 1, 2001, deducting any reimbursements you received from prescription drug benefit plans or other insurance.

If you did indeed spend the amount claimed above, please provide sufficient documentation to justify the amount claimed. Such documentation may include pharmacy receipts or an Explanation of Benefits from your insurance company. Otherwise, you should provide a lower amount in the space below marked "Corrected Claim Amount" and sign and date where indicated.

In order to share in the Settlement Fund, you must send the information requested, with a copy of this letter, by the Response Due Date to the address listed above. FAILURE TO DO SO MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM. If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

_____
Claimant Signature

_____
Dated

_____
Corrected Claim Amount

HIGH,•O• - ▆▆

Exhibit A-15



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

June 27, 2005

**RESPONSE DUE DATE:  July 27, 2005**



**NOTICE OF INELIGIBILITY - Claim No.** ▮▮▮

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. The claim you submitted is ineligible in accordance with the terms and conditions of the Stipulation of Settlement and Compromise (the "Stipulation") approved by the Court for the following indicated reason:

(DUP) - You filed more than one claim.  The Claim Number listed above is considered duplicative of an originally filed Proof of Claim.  The original Proof of Claim form has been processed in accordance with the Stipulation approved by the Court.

If you disagree with this determination of ineligibility, you must advise us in writing by the Response Due Date listed above.  If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

DUP,*O* - ▮▮▮

Exhibit A-16



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

July 26, 2005

**RESPONSE DUE DATE: July 29, 2005**



**NOTICE OF INELIGIBILITY - Claim No.** ▮▮▮▮

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation. The claim you submitted is ineligible in accordance with the terms and conditions of the Stipulation of Settlement and Compromise (the "Stipulation") approved by the Court for the following indicated reason:

(OUT) - Your Coumadin purchases were made outside of the Class Period of March 1, 1997 through August 1, 2001.

If you disagree with this determination of ineligibility, you must advise us in writing by the Response Due Date listed above. If you have any questions, please call us at 1-800-930-0057.

Sincerely yours,

Settlement Administrator

OUT,•O• - ▮▮▮

Exhibit A-17



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

August 2, 2005

## RESPONSE DUE DATE:  August 12, 2005



**ACKNOWLEDGEMENT OF WITHDRAWAL \*\*\* Claim No.** ▮▮▮

Dear Claimant:

We have received and processed the Proof of Claim that you filed in the Warfarin Sodium Antitrust Litigation.

This letter is to acknowledge receipt of your subsequent correspondence withdrawing your Claim.  Therefore, you are not entitled to receive any distribution from the Net Settlement Fund.

IF YOU DID NOT INTEND TO WITHDRAW YOUR CLAIM, YOU MUST ADVISE US IN WRITING BY THE RESPONSE DUE DATE LISTED ABOVE.

If, however, you agree with this determination, you do not need to do anything else and you will not receive any disbursement from the Net Settlement Fund.

If you have any questions about this, please call us at our toll-free number (800) 930-0057.

Sincerely yours,

Settlement Administrator

WDR,*O* - ▮▮▮

Exhibit A-18



Warfarin Sodium Antitrust Litigation
c/o Complete Claim Solutions, Inc.
P.O. Box 24702
West Palm Beach, FL 33416
1-800-930-0057

December 1, 2005



**FINAL NOTICE OF INELIGIBILITY * * * Claim No.** ▮▮▮▮▮
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Claimant:

We have received and processed the Proof of Claim ("claim") that you filed in the Warfarin Sodium Antitrust Litigation (the "Settlement"). The claim you submitted appears to be fraudulent and is, therefore, determined to be ineligible.

As you may be aware, all matters relating to the Settlement -- including all claims submitted for reimbursement -- are subject to the continuing jurisdiction of the United States District Court for the District of Delaware (the "Court"), in accordance with the terms and conditions of the Court-approved Settlement Agreement.

The claim that you submitted was signed under penalty of perjury and your signature represented that all of the information provided in the claim was true and correct. Because your claim appears to be fraudulent, the claim and any subsequent correspondence that you have provided to us may be presented to Class Counsel, the Court, the Federal Bureau of Investigation, or all of them, for further review.

If you have any questions about this, please call our toll-free number (800) 930-0057.

Sincerely yours,

Settlement Administrator

FRD.•O• - ▮▮▮▮