IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re WARFARIN SODIUM ANTITRUST LITIGATION<br><br>This document relates to: All Actions. | )<br>)<br>) MDL 98-1232 (SLR)<br>)<br>) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibit listed below has been manually filed with the Court and is available in paper form only:

EXHIBIT B-1 TO THE AFFIDAVIT
OF THOMAS R. GLENN IN SUPPORT OF PROPOSED PLAN
OF DISTRIBUTION OF THE SETTLEMENT FUND TO ELIGIBLE CLAIMANTS

The original documents are maintained in the case file in the clerk's office.

Dated: December 13, 2005

**CHIMICLES & TIKELLIS LLP**

Pamela Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19899
(302) 656-2500

*Liaison Counsel for Plaintiffs*

**LABATON RUDOFF &
  SUCHAROW LLP**
Bernard Persky
100 Park Avenue
New York, New York 10017-5563

- and-

**MILLER FAUCHER and
CAFFERTY LLP**
Marvin A. Miller
Jennifer W. Sprengel
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602

*Co-Chair of Executive Committee
of Counsel for Plaintiffs*