Document filed in paper format only due to size.

Original document is on file in the Clerk's Office.