IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re WARFARIN SODIUM ANTITRUST LITIGATION | ) ) ) ) |
| This document relates to: All Actions. | |

MDL 98-1232 (SLR)

## ORDER

Upon consideration of Class Counsel's Unopposed Motion for Disbursement of Funds, it is hereby ORDERED that the MOTION is GRANTED in accordance with the Plan of Distribution set forth in the Court's August 30, 2002 Opinion and Order approving the Settlement and distribution schedule set forth in the MOTION. In furtherance hereof, distribution of the Settlement Fund shall commence immediately.

Date: 12/15/05

_____
United States District Judge



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S.
X-RAY

RTS
NO LONGER
HERE 12/20/05

James P. Denvir, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N
10th Floor
Washington, DC 20004

NIXIE        208    1    00 12/24/05
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 19999001810    *1727-03754-15-43