

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

98 md 1232 SLR

Alan H. Rolnick
Alan H. Rolnick, Esq.
Hanzman, Criden, Korge, Chaykin, et al.
2100 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131

NO SUCH NUMBER

RECEIVED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

S.M.S.
X-RAY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re WARFARIN SODIUM ANTITRUST LITIGATION | ) ) ) MDL 98-1232 (SLR) |
| This document relates to: All Actions. | ) ) |

## ORDER

Upon consideration of Class Counsel's Unopposed Motion for Disbursement of Funds, it is hereby ORDERED that the MOTION is GRANTED in accordance with the Plan of Distribution set forth in the Court's August 30, 2002 Opinion and Order approving the Settlement and distribution schedule set forth in the MOTION. In furtherance hereof, distribution of the Settlement Fund shall commence immediately.

Date: 12/15/05

_____
United States District Judge