Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

98-md-1232 SLR

Alan H. Rolnick
Alan H. Rolnick, Esq.
Hanzman, Criden, Korge, Chaykin, et al.
2100 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131

19801-3319-35



UNABLE TO FORWARD

$00.370
Mailed From 19801
12/29/2005
US POSTAGE

RECEIVED
JAN 10 2006
US DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

# Other Events
1:98-md-01232-SLR In Re: Warfarin, et al v.

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 12/29/2005 at 3:17 PM EST and filed on 12/27/2005
**Case Name:** In Re: Warfarin, et al v.
**Case Number:** 1:98-md-1232
**Filer:**
**Document Number:** 339

**Docket Text:**
Return of Undeliverable Mail (copy of D.I. 338) sent to James P. Denvir, Esq., Crowell & Moring, LLP; Return to Sender,not deliverable as addressed; unable to forward (fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/29/2005] [FileNumber=146079-0
] [5d816d25215ee7bfcf1d65ddc2ec611a158a771246dd0b8e3f1f7c89dd4ff7b6afe
f2149ffbd2be6b7019424d5fd7991a1c0ca16a656eb0656d9248600cb0d7d]]

**1:98-md-1232 Notice will be electronically mailed to:**

Kevin G. Abrams   ,

Robert Ray Davis    robertdavis@chimicles.com, rachelmosuly@chimicles.com; robertdavis11@hotmail.com

Jeffrey S. Friedman    jeff@silverman-Mcdonald.psemail.com,

A. Zachary Naylor    zacharynaylor@chimicles.com, amandadurham@chimicles.com

**1:98-md-1232 Notice will be delivered by other means to:**

Sidney Balick
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503

James P. Denvir

https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?695286610966486                                                        12/29/2005